UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WSOU INVESTMENTS, LLC, d/b/a BRAZOS LICENSING AND DEVELOPMENT,<br><br>Plaintiff,<br><br>v.<br><br>F5 NETWORKS, INC.,<br><br>Defendant. | No.<br><br>**PLAINTIFF'S 7.1 DISCLOSURE STATEMENT** |

Pursuant to Fed.R.Civ.P. 7.1, Plaintiff WSOU Investments, LLC d/b/a Brazos Licensing and Development states that it does not have a parent corporation and that there is no publicly held corporation owning ten percent or more of its stock.

PLAINTIFF'S 7.1 DISCLOSURE STATEMENT- 1

**CORR CRONIN LLP**
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

| | | |
|---|---|---|
| 1 | Dated:  January 29, 2021 | By:  *s/ Blake Marks-Dias* |
| 2 | | Blake Marks-Dias, WSBA No. 28169 |
| | | bmarks-dias@corrcronin.com |
| 3 | | Eric A. Lindberg, WSBA No. 43596 |
| | | elindberg@corrcronin.com |
| 4 | | **CORR CRONIN LLP** |
| | | 1001 Fourth Avenue, Suite 3900 |
| 5 | | Seattle, WA 98154 |
| | | Telephone: (206) 625-8600 |

Jonathan K. Waldrop (CA Bar No. 297903)
(*Pro hac vice* forthcoming)
jwaldrop@kasowitz.com
Darcy L. Jones (CA Bar No. 309474)
(*Pro hac vice* forthcoming)
djones@kasowitz.com
Marcus A. Barber (CA Bar No. 307361)
(*Pro hac vice* forthcoming)
mbarber@kasowitz.com
John W. Downing (CA Bar No. 252850)
(*Pro hac vice* forthcoming)
jdowning@kasowitz.com
Heather S. Kim (CA Bar No. 277686)
(*Pro hac vice* forthcoming)
hkim@kasowitz.com
Jack Shaw (CA Bar No. 309382)
(*Pro hac vice* forthcoming)
jshaw@kasowitz.com
ThucMinh Nguyen (CA Bar No. 304382)
(*Pro hac vice* forthcoming)
tnguyen@kasowitz.com
**KASOWITZ BENSON TORRES LLP**
333 Twin Dolphin Drive, Suite 200
Redwood Shores, California 94065
Telephone: (650) 453-5170

Paul G. Williams (GA Bar No. 764925)
(*Pro hac vice* forthcoming)
pwilliams@kasowitz.com
**KASOWITZ BENSON TORRES LLP**
1230 Peachtree Street N.E., Suite 2445
Atlanta, Georgia 30309
Telephone: (404) 260-6080

**Attorneys for Plaintiff**
**WSOU INVESTMENTS, LLC d/b/a**
**BRAZOS LICENSING AND**
**DEVELOPMENT**

PLAINTIFF'S 7.1 DISCLOSURE STATEMENT- 2

**CORR CRONIN LLP**
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 29, 2021, I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Christy A. Nelson*
Christy A. Nelson

PLAINTIFF'S 7.1 DISCLOSURE STATEMENT- 3

**CORR CRONIN LLP**
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900