HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

WSOU INVESTMENTS LLC d/b/a BRAZOS
LICENSING AND DEVELOPMENT, a
Delaware limited liability company,

        Plaintiff,

  v.

F5 NETWORKS, INC., a Washington
Corporation,

        Defendant.

No. 2:20-cv-01878-BJR
No. 2:21-cv-00124-BJR
No. 2:21-cv-00125-BJR
No. 2:21-cv-00126-BJR

**JOINT MOTION TO MODIFY
SCHEDULING ORDER**

Pursuant to LCR 16(b)(6), Plaintiff WSOU Investments LLC d/b/a Brazos Licensing and

Development ("WSOU" or "Plaintiff") and Defendant F5 Networks, Inc. ("F5" or "Defendant")

(collectively, "Parties"), by and through their undersigned counsel, hereby jointly move the Court

to modify its April 26, 2021 Order on Motion to Modify Order Setting Trial Dates and Related

Dates (No. 2:20-cv-01878-BJR, Dkt. 64; "Scheduling Order"), which sets forth the current case

schedule for the above-captioned actions.  The Parties' requested modifications and good cause

basis for these modifications are identified below.

A.    **Basis for Proposed Modifications**

Under the current Scheduling Order, fact discovery is scheduled to close in just four weeks,

on January 6, 2021, right after the winter holidays.  However, in light of the Parties' ongoing fact

JOINT MOTION TO MODIFY SCHEDULING ORDER – 1
(Case Nos. 2:20-cv-01878-BJR, 2:21-cv-00124-BJR, 2:21-cv-
00125-BJR, 2:21-cv-00126-BJR)

**CORR CRONIN LLP**
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

discovery disputes, the status of fact discovery, and the limited time remaining in the fact discovery period, the parties seek a 60-day extension of the close of fact discovery, as well as corresponding extensions of subsequent case deadlines.  Document production is still ongoing and the parties still have a number of fact depositions to take.

Compounding these hurdles, the next four weeks include (i) the winter holidays, during which fact witnesses, outside counsel, and in-house counsel for both sides will have limited availability, and (ii) the *Markman* hearing on December 22, 2021, which will require significant time and attention from the Parties.

The Parties' proposed schedule modifications adjust the fact discovery period by 60 days (from January 6, 2022 to March 7, 2022), and provide proportional extensions of all subsequent case deadlines, including the trial date.  There is good cause for these adjustments in light of the Parties' ongoing fact discovery disputes, the current status of fact discovery, and the limited time remaining for fact discovery, as summarized above.

JOINT MOTION TO MODIFY SCHEDULING ORDER – 2
(Case Nos. 2:20-cv-01878-BJR, 2:21-cv-00124-BJR, 2:21-cv-00125-BJR, 2:21-cv-00126-BJR)

**CORR CRONIN LLP**
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

0= 1WORKAMER\30779\112002\38536897.v2-4/19/21

**B.    Proposed Revised Schedule**

The chart below identifies the Parties' proposed revisions to the case schedule to account

for the issues identified above:

| Event | LPR | Scheduling Order (Dkt. 64) | Joint Modification Proposal |
|---|---|---|---|
| *Markman* hearing | LPR 135 (as ordered by the Court) | December 22, 2021 | No change |
| Discovery completed by [Close of Fact Discovery] | | **January 6, 2022** | **March 7, 2022** |
| Reports from expert witnesses under FRCP 26(a)(2) due [Opening Expert Reports] | | **February 3, 2022** | **April 4, 2022** |
| Rebuttal Expert Reports | | **March 3, 2022** | **May 2, 2022** |
| Close of Expert Discovery | | **March 17, 2022** | **May 20, 2022** |
| All dispositive and *Daubert* motions must be filed by | | **April 7, 2022** | **June 9, 2022** |
| Oppositions to dispositive and *Daubert* motions | | **April 28, 2022** | **June 30, 2022** |
| Replies in support of dispositive and *Daubert* motions | | **May 12, 2022** | **July 14, 2022** |
| All motions *in limine* must be filed by | | **August 1, 2022** | **September 30, 2022** |
| Joint Pretrial Statement | | **August 8, 2022** | **October 7, 2022** |
| Oppositions to Motions in Limine (no replies authorized unless ordered otherwise by the Court) | | **August 15, 2022** | **October 14, 2022** |
| Pretrial conference | | **August 22, 2022** | **October 31, 2022, subject to the Court's approval** |
| Jury Trial (7 days) | | **August 29, 2022** | **November 7, 2022, subject to the Court's approval** |

JOINT MOTION TO MODIFY SCHEDULING ORDER – 3
(Case Nos. 2:20-cv-01878-BJR, 2:21-cv-00124-BJR, 2:21-cv-00125-BJR, 2:21-cv-00126-BJR)

**CORR CRONIN LLP**
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

**C.      Consolidated Case Schedule**

The Parties also request confirmation that the Court's schedule applies to all four cases identified below.  (*See* Dkt. 60, Part 5.C.)

|   | Case Caption | Patent-in-Suit | Accused Product |
|---|---|---|---|
| 1 | *WSOU Investments, LLC d/b/a Brazos Licensing and Development v. F5 Networks, Inc.*, Case No. 2:21-cv-01878-BJR | U.S. Patent No. 7,953,884 | BIG-IP Policy Enforcement Manager |
| 2 | *WSOU Investments, LLC d/b/a Brazos Licensing and Development v. F5 Networks, Inc.*, Case No. 2:21-cv-00124-BJR | U.S. Patent No. 9,584,330 | BIG-IP Policy Enforcement Manager |
| 3 | *WSOU Investments, LLC d/b/a Brazos Licensing and Development v. F5 Networks, Inc.*, Case No. 2:21-cv-00125-BJR | U.S. Patent No. 8,248,940 | BIG-IP Policy Enforcement Manager |
| 4 | *WSOU Investments, LLC d/b/a Brazos Licensing and Development v. F5 Networks, Inc.*, Case No. 2:21-cv-00126-BJR | U.S. Patent No. 7,548,945 | BIG-IP DNS |

JOINT MOTION TO MODIFY SCHEDULING ORDER – 4
(Case Nos. 2:20-cv-01878-BJR, 2:21-cv-00124-BJR, 2:21-cv-00125-BJR, 2:21-cv-00126-BJR)

0= 1WORKAMER\30779\112002\38536897.v2-4/19/21

**CORR CRONIN LLP**
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

DATED this 13th day of December, 2021.

PERKINS COIE LLP

By: *Ramsey M. Al-Salam (via email authorization)*
    Ramsey M. Al-Salam, WSBA No. 18822
    Stevan R. Stark, WSBA No. 39639
    PERKINS COIE LLP
    1201 Third Avenue, Suite 4900
    Seattle, WA 98101-3099
    Telephone: (206) 359-8000
    RAlSalam@perkinscoie.com
    SStark@perkinscoie.com

    Stephen E. Baskin
    (Pending *pro hac vice*)
    sbaskin@kslaw.com
    KING & SPALDING LLP
    1700 Pennsylvania Avenue, NW
    2nd Floor
    Washington, DC 20006-4707
    Telephone: (202) 626-2938

    D. Shane Brun
    (Pending *pro hac vice*)
    sbrun@kslaw.com
    KING & SPALDING LLP
    601 California Avenue, Suite 100
    Palo Alto, CA 94304
    Telephone: (415) 318-1245

    Angela Tarasi
    (Pending *pro hac vice*)
    atarasi@kslaw.com
    KING & SPALDING LLP
    1400 16th Street
    16 Market Square
    Suite 400
    Denver, CO 80202
    Telephone: (720) 535-2319

    *Attorneys for Defendant*

CORR CRONIN LLP

By: *s/ Eric A. Lindberg*
    Blake Marks-Dias, WSBA No. 28169
    Eric A. Lindberg, WSBA No. 43596
    1001 Fourth Avenue, Suite 3900
    Seattle, WA 98154
    (206) 625-8600 Phone
    (206) 625-0900 Fax
    bmarks-dias@corrcronin.com
    elindberg@corrcronin.com

    Jonathan K. Waldrop  (Admitted *pro hac vice*)
    jwaldrop@kasowitz.com
    Darcy L. Jones (Admitted *pro hac vice*)
    djones@kasowitz.com
    Marcus A. Barber (Admitted *pro hac vice*)
    mbarber@kasowitz.com
    John W. Downing  (Admitted *pro hac vice*)
    jdowning@kasowitz.com
    Heather S. Kim (Admitted *pro hac vice*)
    hkim@kasowitz.com
    Jack Shaw  (Admitted *pro hac vice*)
    jshaw@kasowitz.com
    ThucMinh Nguyen (Admitted *pro hac vice*)
    tnguyen@kasowitz.com
    KASOWITZ BENSON TORRES LLP
    333 Twin Dolphin Drive, Suite 200
    Redwood Shores, California 94065
    Telephone: (650) 453-5170

    Paul G. Williams (Admitted *pro hac vice*)
    pwilliams@kasowitz.com
    KASOWITZ BENSON TORRES LLP
    1230 Peachtree Street N.E., Suite 2445
    Atlanta, Georgia 30309
    Telephone: (404) 260-6080

    *Attorneys for Plaintiff*

1

## <u>ORDER</u>

2

IT IS SO ORDERED.

3

4

DATED this 16th day of December, 2021.

5

6

7

HONORABLE BARBARA J. ROTHSTEIN

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

JOINT MOTION TO MODIFY SCHEDULING ORDER – 6
(Case Nos. 2:20-cv-01878-BJR, 2:21-cv-00124-BJR, 2:21-cv-
00125-BJR, 2:21-cv-00126-BJR)

**CORR CRONIN LLP**
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

0= 1WORKAMER\30779\112002\38536897.v2-4/19/21

1

2

## **CERTIFICATE OF SERVICE**

3        I hereby certify that on December 13, 2021, I caused the foregoing document to be

4 electronically filed with the Clerk of the Court using the CM/ECF system, which will send

5 notification of such filing to all counsel of record.

6

7                                    *s/ Christy A. Nelson*
                                     Christy A. Nelson

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27  JOINT MOTION TO MODIFY SCHEDULING ORDER – 7
    (Case Nos. 2:20-cv-01878-BJR, 2:21-cv-00124-BJR, 2:21-cv-
    00125-BJR, 2:21-cv-00126-BJR)

**CORR CRONIN LLP**
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

0= 1WORKAMER\30779\112002\38536897.v2-4/19/21